IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 2:20-00154

JASON MICHAEL TERRELL
LARRY TERRENCE MARTIN
CAROL BELTON
STEVEN MATTHEW BUMPUS
JIMMIE LEE COLEMAN
ROGER JAREA DRAKE
RASHAWN AKMED MILLER
WILLIAM LEE PATTON
CRAIG EDWARD REDMAN
TONYA NICOLE SIMERLY
RONALD LEE THOMAS, III

## MEMORANDUM OPINION AND ORDER

On September 29, 2020, the court granted defendant Jason Michael Terrell's motion to continue the trial and all related deadlines in this matter as follows:

1. Trial of this action is continued until February 2, 2021, at 9:30 a.m., in Charleston.  Jury instructions and proposed voir dire are to be filed by January 26, 2021;

2. All pretrial motions are to be filed by December 28, 2020; and

3. A pretrial motions hearing is scheduled for January 4, 2021, at 11:00 a.m., in Charleston.

ECF No. 170.  After the court's order was sent for filing, a number of other defendants filed motions to continue, see ECF Nos. 168, 169, 171, 172, 173, 174, and 175.  Given that no motion


to sever has been granted, those new dates apply to all defendants. Accordingly, the motions to continue are **DENIED** as moot.[1]

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 30th day of September, 2020.

ENTER:

*David A. Faber* (signature)

David A. Faber
Senior United States District Judge

---

[1] The court notes that, for purposes of determining compliance with the Speedy Trial Act, "in cases involving multiple defendants only one speedy trial clock, beginning on the date of the commencement of the speedy trial clock of the most recently added defendant, need be calculated under 18 U.S.C. § 3161(h)(7)." United States v. Piteo, 726 F.2d 50, 52 (2d Cir. 1983); see also United States v. Walker, Nos. 95-5914, 96-4247, 96-4110, 1997 WL 358770, *3 (4th Cir. June 30, 1997) (quoting Piteo).