```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                                     CRIMINAL NO. 2:20-00154

JASON MICHAEL TERRELL
LARRY TERRENCE MARTIN
CAROL BELTON
STEVEN MATTHEW BUMPUS
JIMMIE LEE COLEMAN
ROGER JAREA DRAKE
RASHAWN AKMED MILLER
WILLIAM LEE PATTON
CRAIG EDWARD REDMAN
TONYA NICOLE SIMERLY
RONALD LEE THOMAS, III

## **MEMORANDUM OPINION AND ORDER**

Pending on the court's dockets are the following motions:

1) Motion of United States of America for Waiver of Ten-Day Period (ECF No. 96);

2) Motion of United States of America for Detention Hearing as to Rashawn Akmed Miller (ECF No. 135);

3) Defendant Bumpus's Motion for Pre-Trial of Grand Jury Transcripts (ECF No. 243);

4) Defendant Bumpus's Motion for Witness's Failure to Inculpate the Defendant (ECF No. 244);

5) Defendant Bumpus's Motion for Exculpatory and Impeachment Material (ECF No. 245);

6) Defendant Bumpus's Motion for Leave to File Additional Motions (ECF No. 246); and

7) Motion of United States of America for Writ of Habeas Corpus ad Testificandum (ECF No. 253).

All defendants in this matter pled guilty and have been sentenced. Accordingly, the Clerk is directed to **TERMINATE** the motions as they have already been resolved, see, e.g., ECF Nos. 96 and 135, or are moot.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 3rd day of November, 2021.

ENTER:

David A. Faber
Senior United States District Judge