IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:20-00154-01

JASON MICHAEL TERRELL

MEMORANDUM OPINION AND ORDER

On November 10, 2022, defendant filed a motion asking for counsel to assist him in filing his motion under § 2255.  See ECF No. 403.  Thereafter, on February 21, 2023, defendant filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct his Sentence.  See ECF No. 405.[1]  ECF No. 403 is therefore **DENIED** as moot.

The Clerk is **DIRECTED** to send a copy of this Memorandum Opinion and Order to defendant and counsel of record.

**IT IS SO ORDERED** this 1st day of July, 2026.

ENTER:

David A. Faber
Senior United States District Judge

---

[1] Defendant's § 2255 motion was ultimately denied.  See ECF Nos. 450, 451.